## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SPARGO, | ) | No. CV 05-96-ODW(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES PAROLE COMMISSION, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: January 13, 2009

_____
OTIS D. WRIGHT, II
United States District Judge